IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| L-S INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| J. CHRISTOPHER MATLACK, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff, | ) | No. 3:07-CV-273 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM HUGHES and | ) | |
| L-S INDUSTRIES, INC., | ) | |
| | ) | |
| Counter-Defendants. | ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, "Counter-Defendant, L-S Industries, Inc. Motion for Summary Judgment Pursuant to FRCP 56(b)" [doc. 20] is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED TO THE EXTENT** it seeks dismissal of defendant/counter-plaintiff Christopher Matlack's claim for false light invasion of privacy. That claim is hereby **DISMISSED**. The motion is **DENIED IN ALL OTHER RESPECTS**.

The "Motion for Partial Summary Judgment" [doc. 26] filed by defendant/counter-plaintiff Matlack is **DENIED**.

The parties are **ORDERED** to **FILE on or before February 18, 2009, BRIEFS** of **10 pages or less** explaining to the court how Tenn. Code Ann. § 47-25-101 sustains a claim for unfair competition under the facts of this case.

For scheduling purposes and in accordance with ¶ 3(b) of the scheduling order [doc. 17], the parties will **NOTIFY** the court **IN WRITING** on or before **March 6 2009**, whether this case is appropriate for mediation.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge